AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America </br> v. </br> Ryan Keith Wood | ) </br> ) </br> ) </br> ) Case No: 2:22CR20008-012 </br> ) USM No: 00616-510 </br> ) |
| Date of Original Judgment: 02/07/2023 </br> Date of Previous Amended Judgment: _____ </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) James Edwin Moore IV </br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/09/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/05/2024

*signed* P.K. Holmes
Judge's signature

Effective Date: _____
*(if different from order date)*

Honorable P.K. Holmes, III, U.S. District Judge
Printed name and title